UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CAMDEN NATIONAL BANK )<br>)<br>v.                                                                  )   CIVIL NO.  2:09-CV-199-P-H<br>)<br>WALTER J. SKAYHAN, III AND STEPHEN A. GEPPI  ) | |

## AMENDED JUDGMENT

In accordance with the Order Granting Motion for Attorney Fees and Revised Judgment, entered by U.S. District Judge D. Brock Hornby on May 27, 2010;

Judgment is hereby entered in favor of Plaintiff, Camden National Bank and against Defendants, Walter J. Skayhan, III and Stephen A. Geppi in the amount of $573,284.98 in principle, accrued interest, and late charges as of December 15, 2009, together with an award of $21,173.27 in attorneys' fees and expenses as of April 28, 2010, and such interest and late charges that continue to accrue since December 15, 2009 and such additional attorneys' fees and any expenses as may be incurred from and after April 28, 2010.

                    LINDA L. JACOBSON
                    CLERK


          By:   /s/ Lindsey Caron
                 Lindsey Caron
                 Deputy Clerk

Dated this 28th day of May, 2010.